# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re: David Berryhill

Debtor(s)

Case No: 97-20566 JAB

Chapter ____

Voucher # 32999

## ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to David Berryhill, in the amount of $1627.21 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C. §347 and an unclaimed money report was entered on 3-6-01 to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that David Berryhill now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1627.21, to

Dated: 5-7-01

United States Bankruptcy Judge

Rev. 1/00

UC Funds

- 2334
KINGHORN & PETERS
Street, Suite 700
ah 84111
1) 363-4300
1) 363-4378

Sep 27  11 49 AM '00

oter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| In re<br><br>DAVID BERRYHILL,<br><br>Debtor. | Bankruptcy No. 97-20566 JAB<br>[Chapter 7] |
|---|---|

NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
UNITED STATES BANKRUPTCY COURT REGISTRY

The duly appointed and acting trustee in this matter, pursuant to Rule 3011,

Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United

States Bankruptcy Court registry and represents to the Court that:

1. On April 4, 2000 checks were made payable as follows:

   Check Number 103, made payable to Richard A. Parkin, 1401 East 3900
   South, Salt Lake City, Utah 84124 in the amount of $290.79;

   Check No. 105, made payable to Richard A. Parkin, 1401 East 3900
   South, Salt Lake City, Utah 84124 in the amount of $83.73;

   Check No. 107, made payable to David Berryhill, 46 Jefferson Street, Salt
   Lake City, UT 84047, in the amount of $1,627.21;

pd out 5-3-01