# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

```
------------------ x
                   :                    2010 FEB 19 AM 11:06
In re:             :   Case No. 97-20566  DISTRICT OF UTAH
                   :
DAVID BERRYHILL,   :   NOTICE OF TRANSFER OF CLAIM
                   :   OTHER THAN FOR SECURITY
                   :   and
         Debtor(s).:   WAIVING OF NOTICE
                 x
------------------
```

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Notice and evidence is hereby given pursuant to FRBP Rule 3001(e)(2) of the transfer other than for security of the claim referenced in this evidence and notice.

**TRANSFEROR:**

Richard A Parkin                         Claim Number: ____1____

4046 S Highland Dr                       Claim date: ____3/25/98____

Holladay, UT, 84124                      Last four Digits of account: __NONE__

                                         ~~Email~~: ____374.45____

Notification is waived with respect to this notice of transfer of Claim pursuant to FRBP Rule 3001.

Sign: _[signature]_                      Date: _2-18-10_

Print name: _Richard A Parkin_           Title: _Owner/Pres_

**TRANSFEREE NOTICE ADDRESS:**          **TRANSFEREE PAYMENT ADDRESS:**

IKP Enterprises                          IKP Enterprises

1939 S 1100 E                            1939 S 1100 E

Salt Lake City, UT 84106                 Salt Lake City, UT 84106

Mike T. Trustee                          Mike T. Trustee

**I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.**

Transferee/Agent _[signature]_           Date: _2/18/10_

*Penalty for making a false statement: Fine of up to $500,000 dollars or imprisonment up to 5 years or both 18 U.S.C 152 & 3571*